1
2
3
4
5

6                     **IN THE UNITED STATES DISTRICT COURT**

7                        **FOR THE DISTRICT OF ARIZONA**

8

9    Giordano Jackson,                          No. CV-24-08126-PCT-DJH

10                 Petitioner,                   **ORDER**

11   v.

12   United States of America,

13                 Respondent.

14

15        Pending before the Court is United States Magistrate Judge Michael T. Morrissey's

16   Report and Recommendation ("R&R") (Doc. 7).  Therein, Judge Morrissey recommends

17   that Petitioner's Motion to Vacate, Set Aside, or Correct Sentence pursuant to

18   28 U.S.C. § 2255 (Doc. 1) be denied and dismissed with prejudice. (*Id.*) He also

19   recommends that a Certificate of Appealability and leave to proceed in forma pauperis on

20   appeal be denied. (*Id.* at 5). Judge Morrissey informed the parties that they had fourteen

21   (14) days to file any objections to his R&R.  (*Id.* at 6).  No objections have been filed and

22   the time to do so has passed.  The Court has reviewed the R&R and the applicable law and

23   agrees with the findings and conclusions therein.

24        Accordingly,

25        **IT IS ORDERED** that Magistrate Judge Morrissey's Report and Recommendation

26   (Doc. 7) is **ACCEPTED** and **ADOPTED** as the Order of this Court.

27        **IT IS FURTHER ORDERED** that the Motion to Vacate, Set Aside, or Correct

28   Sentence pursuant to 28 U.S.C. § 2255 (Doc. 1) is **DENIED** and **DISMISSED WITH**

1

**PREJUDICE**.

2

     **IT IS FURTHER ORDERED** that a Certificate of Appealability and leave to

3

proceed in forma pauperis on appeal are **DENIED** because dismissal of the Petitioner is

4

justified by a plain procedural bar and reasonable jurists would not find the ruling

5

debatable.

6

     **IT IS FINALLY ORDERED** that the Clerk of the Court shall terminate this action

7

and enter judgment accordingly.

8

     Dated this 21st day of April, 2025.

9

10

11

                    Honorable Diane J. Humetewa

12

                    United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28